JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ANTONIO FERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>INDUSTRY PLAZA, INC., et al.,<br><br>    Defendants. | Case No. 2:21-cv-00411-VAP-JCx<br><br>**ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: December 16, 2021

                                        VIRGINIA A. PHILLIPS
                                        United States District Judge